# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PARAMOUNT PICTURES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOEW'S INCORPORATED, ET AL., | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I, Mark Merva, hereby certify that on November 22, 2019, I caused copies of the Motion of the United States to Terminate Antitrust Judgments, the Memorandum in Support of Motion of the United States for an Order Terminating Antitrust Judgments, and related Appendices to be served upon defendants, as set forth below, by transmitting the documents electronically to the duly authorized legal representatives of each Defendant as follows:

**Counsel for Defendant Paramount Pictures, Inc.**
D. Wayne Collins
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022-6069
Phone: 212-848-4127
Email:  wcollins@shearman.com

**Counsel for Defendant Twentieth Century Fox Film Corp.**
John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Phone: 202-434-5901
Email:  jschmidtlein@wc.com

**Counsel for Defendant Sony Columbia Pictures Corp.**
William Baer
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Phone:  202-942-5000
Email:  Bill.Baer@arnoldporter.com

**Counsel for Defendant Universal Corp.**
Arthur J. Burke
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Phone: 212-450-4352
Email:  arthur.burke@davispolk.com

**Counsel for Defendant Warner Brothers Pictures, Inc.**
Glenn D. Pomerantz
Munger Tolles & Olson
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071
Phone: 213-683-9132
Email:  Glenn.Pomerantz@mto.com

**Counsel for Defendants United Artists Corp. and Metro-Goldwyn-Mayer, Inc.**
Lesley Freeman
Metro-Goldwyn-Mayer, Inc.
Chief Legal Officer
245 North Beverly Dr.
Beverly Hills, California 90210
Phone: 310-449-3056
Email:  lfreeman@mgm.com

/s/  Mark A. Merva
Mark A. Merva*
Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W. Suite 4000
Washington, D.C. 20530
Phone:  202-616-1398
Email:  mark.merva@usdoj.gov
*Attorney of Record