USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/10/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

PARAMOUNT PICTURES, INC.,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

LOEW'S INCORPORATED, ET AL.,

        Defendants.

19 Misc. 544 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 22, 2019, Plaintiff United States of America moved to terminate judgments in the above-captioned antitrust cases pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 1. The United States has concluded that because of the judgments' age and changed circumstances since their entry, the judgments no longer serve to protect competition. *Id.* at 2. Prior to moving to terminate the judgments, the United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgments. *Id.*

    Accordingly, it is hereby ORDERED that by **December 20, 2019**, each Defendant shall file a letter on the docket, not to exceed three pages, stating their position with respect to the Government's motion.

    SO ORDERED.

Dated: December 10, 2019
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge