# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

December 20, 2019

Daniel G. Swanson
Direct: +1 213.229.7430
Fax: +1 213.229.6430
DSwanson@gibsondunn.com

Client: 60385-00074

**VIA ECF**

Hon. Judge Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Chambers 2250
New York, NY 10007-1312

Re: *United States v. Paramount Pictures, Inc.; United States v. Loew's Incorporated, Case No. 19-Misc-544 (S.D.N.Y.)*

Dear Hon. Torres:

I represent Metro-Goldwyn-Mayer Inc. ("MGM"), successor in interest to Defendant Loew's Inc., and Defendant United Artists Corporation ("UA"). This letter is submitted in response to the Court's December 10, 2019 Order in the above-captioned action. ECF No. 19. MGM and UA do not oppose the motion of the United States to terminate the antitrust judgments in this matter.

Respectfully submitted,

*/s/ Daniel G. Swanson*

Daniel G. Swanson

Counsel for Defendants Metro-Goldwyn-Mayer Inc.
And United Artists Corporation


cc: Counsel of Record (*via* ECF)


103617236.1