**DAVIS POLK & WARDWELL LLP**

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ARTHUR J. BURKE
212 450 4352

December 20, 2019

**Via ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Paramount Pictures Inc.*, **No. 19-mc-00544 (AT)**

Dear Judge Torres:

      Pursuant to the Court's order of December 10, 2019 (Dkt. No. 19), I write on behalf of defendant Universal Studios, Inc. (erroneously named as "Universal Studios") ("Universal") concerning the Motion of the United States to Terminate Antitrust Judgments, dated November 22, 2019 (Dkt. No. 1). Universal supports Plaintiff's motion to terminate the antitrust judgments in this matter.

      Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:   /s/ Arthur J. Burke
      Arthur J. Burke
      Sheila R. Adams
      450 Lexington Avenue
      New York, NY 10017
      Tel.: (212) 450-4000
      arthur.burke@davispolk.com
      sheila.adams@davispolk.com

*Counsel for Defendant Universal Studios, Inc.*