LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOHN E. SCHMIDTLEIN
(202) 434-5901
jschmidtlein@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 20, 2019

**Via ECF**

Hon. Judge Analisa Torres
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Chambers 2250
New York, NY 10007-1312

Re: *United States v. Paramount Pictures, Inc.; United States v. Loew's Incorporated*, Case No. 19-Misc-544 (S.D.N.Y.)

Dear Judge Torres:

I write on behalf of Defendant Twentieth Century Fox Film Corporation ("Fox Film") in response to the Court's December 10, 2019 Order in the above-captioned action. ECF No. 19. Fox Film does not oppose Plaintiff's motion to terminate the antitrust judgments in this matter.

Respectfully Submitted,

John E. Schmidtlein
Counsel for Defendant Twentieth Century Fox Film Corporation

cc: Counsel of record (*via* ECF)