# Arnold & Porter

**Bill Baer**
+1 202.942.5936 Direct
Bill.Baer@arnoldporter.com

December 20, 2019

<u>**VIA ECF**</u>

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Paramount Pictures Inc.; United States v. Loew's Incorporated, et al, Case no.* 19-Misc-544 (S.D.N.Y.)

Dear Judge Torres,

We write on behalf of CPE Holdings, Inc., and Columbia Pictures Industries, Inc. (collectively "Columbia"), in response to the Court's December 10, 2019 Order in the above-captioned action.

Columbia does not oppose Plaintiff's motion to terminate the judgments in this matter.

Very truly yours,

/s/ William J. Baer

William J. Baer
Wilson D. Mudge
Counsel for CPE Holdings, Inc. and
Columbia Pictures Industries, Inc.